STATE OF NEW JERSEY v. MICHAEL SUTTON.

September 2, 1981.

Petition for certification denied.

CHARLES KLATSKIN v. SELIG SISSELMAN.

September 2, 1981.

Petition for certification denied.

CHARLES KLATSKIN v. SELIG SISSELMAN.

September 2, 1981.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. EDWIN TORRES.

September 2, 1981.

Petition for certification denied.